UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CHOMEREAU, GAUTHIER § Case No. 11-17651
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 05/30/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
CHOMEREAU, GAUTHIER                 §      Case No. 11-17651
                                    §
        Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 16,751.51 |
| and approved disbursements of | $ | 1,184.75 |
| leaving a balance on hand of[1] | $ | 15,566.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 2,425.15 | $ 0.00 | $ 2,425.15 |
| Trustee Expenses: JOSEPH E. COHEN | $ 41.42 | $ 0.00 | $ 41.42 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,822.50 | $ 0.00 | $ 1,822.50 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 52.99 | $ 52.99 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 4,289.07 |
| Remaining Balance | $ 11,277.69 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,176.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 43.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 14,502.38 | $ 0.00 | $ 6,247.98 |
| 000002 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 10,116.66 | $ 0.00 | $ 4,358.51 |
| 000003 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ 526.53 | $ 0.00 | $ 226.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 1,031.41 | $ 0.00 | $ 444.36 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 11,277.69 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-17651-ABG
Gauthier Chomereau                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: froman              Page 1 of 2                Date Rcvd: Apr 29, 2014
                                Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2014.
```
db         +Gauthier Chomereau,    380 Birchwood,   Vernon Hills, IL 60061-2304
17185138   +American Express,   c/o Becket and Lee LLP,    Po Box 3001,   Malvern, PA 19355-0701
17185139    American Express,   P.O. Box 981535,    El Paso, TX 79998-1535
17686278    American Express Bank, FSB,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17626761    American Express Centurion Bank,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17185140   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,   Po Box 5155,
             Norcross, GA 30091)
17601203    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
17185141   +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
17185142   +Fifth Third Bank,   C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
             Grand Rapids, MI 49546-6210
17185149   +HSBC,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
19927300    Midland Funding LLC,    By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
17185150   +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
17185151   +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
17185152   +Sharon Chomereau,   380 Birchwood,   Vernon Hills, IL 60061-2304
17185153   +Tcf Mortgage Corporati,    Attn: Legal Dept,   801 Marquette Ave,    Minneapolis, MN 55402-3475
17185154   +Think Fcu,   5200 Members Pkwy Nw,   Rochester, MN 55901-8381
17185155   +Think Mutual Bank,   5200 Members Pkwy Nw,    Rochester, MN 55901-8381
17185156   +Wfs Financial,   Po Box 19657,   Irvine, CA 92623-9657
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17185143   +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2014 01:38:13     G M A C,   Po Box 130424,
             Roseville, MN 55113-0004
17760593    E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2014 01:42:33     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17185144   +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 01:43:29     GEMB / HH Gregg,
             Attention: Bankruptcy,    Po Box 103106,   Roswell, GA 30076-9106
17185145   +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 01:43:29     Gemb/abt Tv,   Po Box 981439,
             El Paso, TX 79998-1439
17185146   +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 01:42:27     Gemb/jcp,   Attention: Bankruptcy,
             Po Box 103104,   Roswell, GA 30076-9104
17185147   +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2014 01:43:30     Gemb/mohawk Color Cent,
             Po Box 981439,   El Paso, TX 79998-1439
17185148   +E-mail/Text: bankruptcy.notices@hdfsi.com Apr 30 2014 01:40:38     Harley Davidson Financial,
             Attn: Bankruptcy,    Po Box 21850,   Carson City, NV 89721-1850
19927301    E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2014 01:43:33
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Gina B. Krol
                                                                                   TOTALS: 1, * 0, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: froman                Page 2 of 2                   Date Rcvd: Apr 29, 2014
                              Form ID: pdf006             Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2014 at the address(es) listed below:
         E. Philip Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
          trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
         Joseph E Cohen    on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
         Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
          jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
         Joseph E Cohen    jcohen@cohenandkrol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
         Joseph E Cohen, Tr.    on behalf of Trustee Joseph E Cohen jcohenattorney@aol.com,
          jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Robin C Reizner    on behalf of Debtor Gauthier  Chomereau robinreiz@aol.com
                                                                                            TOTAL: 7